EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  | |
|---|---|
| In re: <br><br> Ciara I. Ríos Fontánez | 2007 TSPR 44 <br><br> 170 DPR _____ |

Número del Caso: TS-13,613

Fecha: 9 de marzo de 2007

Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Renuncia al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                                    TS-13,613

Ciara I. Ríos Fontánez


RESOLUCIÓN

San Juan, Puerto Rico, a 9 de marzo de 2007

    Vista la Moción presentada por la Lcda. Ciara I. Ríos Fontánez, expresando su renuncia al ejercicio de la abogacía y vista a su vez la Moción Contestando Resolución presentada por el Colegio de Abogados de Puerto Rico el 13 de febrero de 2006, se autoriza la baja voluntaria de la Lcda. Clara I. Ríos Fontánez del ejercicio de la abogacía.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  La Jueza Asociada señora Fiol Matta no intervino.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo